UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIE F. BLOUNT, JR.,**

    **Plaintiff,**

v.                                               Case No: 6:16-cv-1970-Orl-41GJK

**JOSEPH RAGNO, PHYSICIANS ASSOCIATES and JANE DOE,**

    **Defendants.**

                                                    /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 5), in which he recommends that Plaintiff's motion be denied without prejudice and the Complaint (Doc. 1) be dismissed without prejudice. Judge Kelly further recommends that Plaintiff be granted leave to amend with certain limitations. Subsequent to the issuance of Judge Kelly's R&R, Plaintiff filed a motion (Doc. 6), seeking an extension of all deadlines for 190 days because he was incarcerated for fourteen days. Plaintiff did not file any objections to the R&R.

After a *de novo* review, the Court agrees entirely with the analysis in the R&R. Further, Plaintiff's fourteen-day incarceration is not a sufficient basis for a 190-day extension of all deadlines. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*, is **DENIED without prejudice**.

3. Plaintiff's motion for an extension of time (Doc. 6) is **DENIED**.

4. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

5. **On or before May 11, 2017**, Plaintiff shall file an amended complaint that complies with the guidance in the R&R. Failure to do so may result in the dismissal of this case without further notice. Plaintiff may also file a renewed motion to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party